**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| FRANKLIN TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-35-RWS-JBB |
| | § | |
| JEFF NEAL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**<u>ORDER</u>**

Plaintiff Franklin Taylor, proceeding *pro se*, filed the above-captioned action complaining of alleged deprivations of his rights. The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

On March 11, 2025, the Magistrate Judge issued a report recommending that the lawsuit be dismissed without prejudice for failure to prosecute or to obey an order of the Court. *See* Docket No. 7. A copy of this report was sent to Plaintiff at his last known address but was returned as undeliverable. *See* Docket No. 8. Because no objections have been received, Plaintiff is barred from de novo review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report and Recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). It is accordingly

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 7) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court. It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

So ORDERED and SIGNED this 24th day of April, 2025.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE